**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DESHAWN DAWSON, on behalf of himself and all others similarly situated,

Plaintiffs,

-against-

RARE BOOKS, LLC

Defendant.

Case No. 1:19-cv-00721-GHW

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
June 18, 2019

By: ____________________
Joseph H. Mizrahi, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza West, 12th Fl.
Brooklyn, New York 11201
joseph@cml.legal
*Attorneys for Plaintiff*

By: Joseph James DiPalma/gr
Joseph James DiPalma, Esq.
Jackson Lewis P.C.
44 South Broadway, 14th Fl.
White Plains, NY 10601
Joseph.DiPalma@jacksonlewis.com
*Attorneys for Defendant*